# EXHIBIT A

IN THE CIRCUIT COURT OF BARTON COUNTY, MISSOURI
CIRCUIT DIVISION

| | |
|---|---|
| SHIFT CAPITAL INCOME FUND, LP, )<br>                   Plaintiff,    )<br>                                 )<br>vs.                                 )   Case No. _____<br>                                 )<br>BLUEBELL INTERNATIONAL, LLC, )<br>Serve: Registered Agent            )<br>      Wyoming Registered Agent  )<br>      1621 Central Ave.              )<br>      Cheyenne, WY 82001        )<br>                  Defendant.    ) | |

**PETITION FOR DAMAGES**

**COMES NOW**, Plaintiff, Shift Capital Income Fund, LP, by and through its attorney of record, Mark E. Peron, and for its cause of action states as follows:

**GENERAL ALLEGATIONS**

1. Plaintiff, Shift Capital Income Fund, LP ("Shift" or "Plaintiff"), is a Limited Partnership duly organized and existing under the laws of the State of Texas, authorized to do business in this State with its principle place of business located at 601 Saddletree Lane, Dripping Springs, TX 78620.

2. Defendant, Bluebell International, LLC, ("Bluebell") is a Limited Liability Company duly organized and existing under the laws of the State of Wyoming, authorized to do business in this State with its principle place of business located at 1621 Central Ave., Cheyenne, WY 82001 and can be served via its Registered Agent listed above.

3. This Court has jurisdiction to hear this action pursuant to Sections 478.070 and 506.500 of the Revised Statutes of Missouri and Article V, Section 14 of the Missouri Constitution.

1

4. Venue is proper before this court pursuant to Section 508.010 of the Revised Statutes of Missouri.

## FACTS COMMON TO ALL CLAIMS

5. The Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 6 as though fully set forth herein.

6. On or about December 27, 2020, Defendant executed a Revised Term Sheet with Standley Plastics, Inc., a Missouri Corporation, with its principal place of business located at 705 E. 20th St., Lamar, Barton County, MO 64759, (Hereinafter referred to as **"Plastics"**.) See the Revised Term Sheet attached hereto as *Exhibit 1*.

7. The Term Sheet indicates that Bluebell would receive a $200,000.00 commitment deposit and $30,000.00 site visit fee in exchange for securing $181,000,000.00 funding including $102,000,000.00 in base construction budget, plus 30 months interest reserve, and all fees.

8. Further, the Term Sheet states that if Bluebell fails to provide the funding, Bluebell shall refund the entire $230,000.00 commitment deposit, that the site visit fee shall be treated the same as the commitment deposit, and that the estimated time to fund the loan was by February 15, 2019.

9. On or about August 29, 2018, Plastics made a $115,000.00 wire transfer to Bluebell. On or about December 17, 2018, Plastics made a second $115,000.00 wire transfer to Bluebell for a total amount of $230,000.00. See Community National Bank & Trust statements attached hereto as *Exhibit 2*.

10. On or about June 5, 2020, Plastics entered into an Assignment Agreement with Plaintiff, wherein Plastics assigned its interest in the commitment deposit and site

visit fee to Plaintiff. A copy of the fully executed Assignment Agreement is attached hereto as *Exhibit 3*.

11. On September 11, 2020, Plaintiff made a demand upon Defendant for the return of the $200,000.00 commitment deposit, based on the Revised Term Sheet and Assignment Agreement. A copy of the demand letter is attached hereto as attached hereto as *Exhibit 4*.

12. As of the filing of this Petition Bluebell has failed to respond to Plaintiff's Demand Letter and phone messages or return the $230,000.00 commitment deposit and site visit fee.

## COUNT I - BREACH OF CONTRACT CLAIM AGAINST

13. The Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 12 as though fully set forth herein.

14. A Contract existed wherein Plastics paid to Defendant a $230,000.00 commitment deposit and site visit fee in exchange for Defendant securing certain funding. Plastics assigned its contractual interest in the commitment deposit and site visit fee to Defendant creating a contract between Plaintiff and Defendant.

15. The Defendant failed to secure the required funding by February 15, 2019, pursuant to the Revised Term Sheet.

16. The Defendant breached the contract when they failed to secure the required funding by February 15, 2019 and failed refund the $230,000.00 commitment deposit and site visit fee to Plaintiff.

17. Plaintiff has suffered damages as a result of Defendant's breach of contract.

## COUNT II – UNJUST ENRICHMENT CLAIM

18. The Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 17 as though fully set forth herein.

19. Defendant was enriched when it received the $230,000.00 commitment deposit and site visit fee from Plastics.

20. Said enrichment was at the expense of Plaintiff because Plastics Assigned the $230,000.00 commitment deposit and site visit fee to Plaintiff.

21. Defendant's failure to refund the commitment deposit and site visit fee to Plaintiff, puts Defendant in a position of receiving payment of funds even though they did not secure the loan funding.

22. Defendant appreciates the fact that a benefit has been conferred upon it by Plaintiff.

23. Defendant's acceptance and retention of the benefits conferred on it by Plaintiff in this circumstance is unjust and inequitable.

WHEREFORE, Plaintiff, Shift Capital Income Fund, LP., prays for judgment against Defendants for damages in the amount of $230,000.00 together with the highest interest statutorily allowable thereon from the date of demand, and for its court costs, attorney's fees, and such other relief as the Court deems appropriate and just.

Dated: October 30, 2020

Respectfully submitted,

COLLINS, WEBSTER & ROUSE, P.C.

_____

4

Electronically Filed - Barton - October 30, 2020 - 03:10 PM

By: Mark E. Peron, MO Bar #72072
5957 E. 20th St.
Joplin, Missouri 64801
Telephone: 417-782-2222
Facsimile: 417-782-1003
mperon@cwrcave.com
ATTORNEY FOR PLAINTIFF

5

**REVISED TERM SHEET**

12/27/2018

**Property Address:** 704 E. 20th Street
Lamar, MO 64759
2 additional locations TBD in NC and IA

**Borrower:** Standley Plastics Inc.

This letter will confirm that Bluebell International, LLC/LP and/or an Investor has committed to arranging financing for the above referenced property subject to the terms and conditions outlined below.

**Loan Amount:** $181,000,000.00 will be provided by the third-party debt syndicate. This includes funding for $102,000,000 in base construction budget, plus 30 months interest reserve and all fees.

**Collateral:** BBI will provide 25% collateral of total loan amount in the form of a stand by letter of credit.

**Term of the Loan:** 30-month loan interest only. Subsequent to final draw, loan will convert to 20-year amortize at the same interest rate.

**Lien Position:** 1st Trust Deed/Mortgage/Security Agreement

**Interest Rate:** 5.0% - 5.5% Non-Recourse

**Fees:** 2 points for origination and 1 point for project aaudit by the third-party debt syndicate

**Equity Position:** Joint Venture: 30% equity will be retained/issued to the third-party debt syndicate; BBI will be bought out on a $126,000,000 buy-out.

**Total Fees:** All costs and fees including debt, equity, equity buy-out, base construction budget, and 30-months interest reserve have been incorporated into and will be paid from the total $181,000,000 capital amount referred to above.

**Terms of Joint Venture:** Standley Plastics has agreed to buy-out the limited partner/BBI $63,000,000 from the loan proceed during or by the end of construction. The remaining $63,000,000 buy-out amount will be satisfied from the NOI proceed.

**Other Conditions:**
1. All underwriting for the loan mentioned above will be performed by BBI/LP.
2. BBI/LP will order new appraisal if needed.
3. BBI's underwriting team, with the investor, to do physical inspection of the property.
4. All title and escrow will be performed by First American Title & Escrow.
5. Must provide construction cost breakdown/draw schedule at site visit.
6. Must provide the contractor's agreement at site visit.


EXHIBIT 1



### Rules for Commitment Deposit and Site Visit Fees

7. Steven Standley has agreed to pay $200,000.00 commitment/earnest/good faith/break-off deposit. Important note: This $200,000.00 deposit is 100% refundable within 48 business hours to the sender, Steven Standley, if Bluebell International, LLC chooses not to move forward subsequent to site visit.
8. If Bluebell commits to funding, this $200,000.00 commitment deposit shall be reimbursed at the close of funding. However, if Bluebell International, LLC fails to provide the required amount of equity that is required by the third-party debt syndicate to obtain the $181,000,000.00 total construction budget including the 30-month interest reserve, Bluebell shall refund the entire $200,000.00 deposit within 48 business hours back to Steven Standley.
9. If the principal/ Steven Standley, chooses not to move forward or is unable to move forward due to the principle or borrowers' issue, the deposit of $200,000.00 shall be forfeited. However, in good faith we will hold this deposit and will assign or credit this amount toward a future project between the principal and BBI.
10. Principal has also agreed to a $30,000.00 site visit fee. The rule for the site visit fee shall be the same as the commitment deposit. If Bluebell funds this project, the site visit fee shall be reimbursed to the principal at closing. Except, if Bluebell International, LLC chooses not to fund this project subsequent to the site visit, Bluebell WILL NOT reimburse the site visit fee.
11. Estimated time to fund this loan shall be February 15, 2019.
12. This term sheet shall be governed under the laws of California.

_[signature]_      Date: 12/27/18
Steven Standley

Regards,

_Rick Lee_

Bluebell International, LLC
19800 MacArthur Blvd., Suite 300
Irvine, CA 92612
Office: 949-724-4557
Direct: 949-204-5111
www.bluebellfunding.com
info@bluebellfunding.com

2



## Authorized Wiring Information

Funds to Bluebell International, LLC must be wired using the following information.

Beneficiary:
Bluebell International, LLC
1621 Central Ave.
Cheyenne, WY 82001

Beneficiary Bank:
Bank of America
Irvine, CA Branch

Account Number:  Redacted  ·8503

Routing Number: Redacted 9593

Swift Code: Redacted US3N

Bluebell International, LLC
19800 MacArthur Blvd., Suite 300
Irvine, CA 92612
Office: 949.724.4557
Direct: 949.204.5111
www.bluebellfunding.com
info@bluebellfunding.com

3

COMMUNITY NATIONAL BANK & TRUST
1109 S GULF
LAMAR MO 64759
(417) 682-3574


STANDLEY PLASTICS INC
705 E 20TH ST
LAMAR MO 64759-2444

Page  3 of 14
Account No.  Redacted 7593
Date  08/31/18

## Checks

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/27 | 5315 | 900.00 | 8/31 | 5318 | 89.58 | 8/30 | 5322* | 26,037.77 |
| 8/27 | 5316 | 518.11 | 8/28 | 5319 | 1,000.00 | 8/31 | 5323 | 9,222.29 |
| 8/24 | 5317 | 250.08 | 8/28 | 5320 | 250.00 | | | |

* indicates a break in check number sequence

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| 8/08 | 20.00 | Wire Out Fee |
| 8/08 | 11,500.00 | Wire Out - TEST EQUIPMENT AND MACHINER |
| 8/10 | 5,307.92 | IRS/USATAXPYMT Redacted 6698 STANDLEY PLASTICS INC |
| 8/15 | 5,000.00 | Internet Transfer To 9930 |
| 8/15 | 15,000.00 | Internet Transfer To 9922 |
| 8/24 | 5,718.44 | IRS/USATAXPYMT Redacted 4875 STANDLEY PLASTICS INC |
| 8/29 | 20.00 | Wire Out Fee |
| 8/29 | 115,000.00 | Wire Out - BLUEBELL INTERNATIONAL LLC |
| 8/31 | 15.00 | Incoming Wire Fee |
| 8/31 | 4,556.25 | Redacted -2561/IPFSPMMMOK 758785 STANDLEY PLASTICS INC |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/01 | 609,839.86 | 8/13 | 541,613.33 | 8/23 | 502,778.02 |
| 8/02 | 608,574.37 | 8/14 | 557,706.44 | 8/24 | 492,735.41 |
| 8/03 | 604,116.74 | 8/15 | 535,159.07 | 8/27 | 496,124.56 |
| 8/06 | 610,834.12 | 8/16 | 534,966.60 | 8/28 | 511,200.35 |
| 8/07 | 581,223.27 | 8/17 | 510,584.20 | 8/29 | 396,180.35 |
| 8/08 | 566,197.01 | 8/20 | 500,441.88 | 8/30 | 369,928.58 |
| 8/09 | 582,302.40 | 8/21 | 489,185.76 | 8/31 | 859,912.88 |
| 8/10 | 583,083.82 | 8/22 | 512,483.38 | | |



EXHIBIT 2

COMMUNITY NATIONAL BANK & TRUST
1109 S GULF
LAMAR MO 64759
(417)682-3574

STANDLEY PLASTICS INC
705 E 20TH ST
LAMAR MO 64759-2444

Page 3 of 16
Account No. Redacted 7593
Date 12/31/18

## Checks

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/31 | 5905* | 250.00 | | | | | | |

\* indicates a break in check number sequence

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| 12/03 | 4,556.25 | Redacted -2561/IPFSPMTMOK |
| | | 758785 STANDLEY PLASTICS INC |
| 12/06 | 1,500.00 | Internet Transfer To 9922 |
| 12/07 | 3,293.50 | CARDMEMBER SERV/ELECT PYMT |
| | | ************3195 CHAMPLIN,VICTORIA 04 |
| 12/07 | 10,465.55 | CARDMEMBER SERV/ELECT PYMT |
| | | ************9757 STANDLEY,STEVEN 04 |
| 12/11 | 2,500.00 | Internet Transfer To 9930 |
| 12/14 | 15.00 | Wire In Fee |
| 12/14 | 20.00 | Wire Out Fee |
| 12/14 | 25,291.83 | Wire Out - CENTRAL STATES REPROCESSING |
| 12/14 | 6,528.10 | IRS/USATAXPYMT |
| | | Redacted 2418 STANDLEY PLASTICS INC |
| 12/17 | 20.00 | Wire Out Fee |
| 12/17 | 115,000.00 | Wire Out - BLUEBELL INTERNATIONAL LLC |
| 12/17 | 25,000.00 | Internet Transfer To 9922 |
| 12/18 | 3,000.00 | Internet Transfer To 9930 |
| 12/21 | 20.00 | Wire Out Fee |
| 12/21 | 25,025.70 | Wire Out - CENTRAL STATES REPROCESSING |
| 12/28 | 2,000.00 | Internet Transfer To 9930 |
| 12/28 | 4,304.06 | IRS/USATAXPYMT |
| | | Redacted 0113 STANDLEY PLASTICS INC |
| 12/31 | 4,556.25 | Redacted -2561/IPFSPMTMOK |
| | | 758785 STANDLEY PLASTICS INC |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/03 | 182,251.17 | 12/10 | 140,549.77 | 12/17 | 518,283.48 |
| 12/04 | 174,014.39 | 12/11 | 95,571.41 | 12/18 | 521,048.73 |
| 12/05 | 170,542.47 | 12/12 | 93,619.84 | 12/19 | 482,340.51 |
| 12/06 | 167,790.43 | 12/13 | 90,693.84 | 12/21 | 314,751.83 |
| 12/07 | 145,737.84 | 12/14 | 635,571.12 | 12/24 | 294,067.15 |

Electronically Filed - Barton - October 30, 2020 - 03:10 PM

Case 3:20-cv-05121-RK   Document 1-1   Filed 12/08/20   Page 11 of 20

## ASSIGNMENT AGREEMENT

This Assignment Agreement ("Assignment") is entered into on this 5th day of June 2020 by and among Standley Plastics, Inc., a Missouri corporation ("SPI"); Steven Standley, an individual ("Standley" and together with SPI, the "Assignors"); and Shift Capital Income Fund, LP, a Texas limited partnership ("Assignee").

WHEREAS, Assignors and Bluebell International, LLC. ("Bluebell"), are parties to that certain "Revised Term Sheet" dated December 27, 2018;

WHEREAS, to Assignors' knowledge, Assignors have the right to a refund of the "$200,000.00 commitment/earnest/good faith/break-off deposit" (the "Deposit") under the Revised Term Sheet and that Bluebell is still in possession of the Deposit;

WHEREAS, Assignors attest to the fact that they have not received any of the Deposit;

WHEREAS, Assignors and Assignees are parties to the Forbearance and Standstill Agreement dated June 5, 2020 (the "Forbearance Agreement"), pursuant to which Assignors agreed to make this assignment of their rights to the Deposit effective in the event that Assignee is not paid in full in accordance with the Forbearance Agreement;

NOW THEREFORE, for value received and as required consideration for the Forbearance Agreement, Assignors hereby assign, and Assignee accepts the assignment of, Assignors' rights to receive, and interest in, the Deposit in the event that the Assignee is not paid in full in accordance with the Forbearance Agreement.

Assignee hereby accepts the foregoing assignment.

IN WITNESS WHEREOF, Assignors and Assignee have duly executed this Assignment and Assignment Agreement as of June 5, 2020.

**ASSIGNORS**

*Steven Standley*
Steven Standley (Jun 5, 2020 09:58 CDT)
Steven Standley, individually

**Standley Plastics, Inc.**

By: *Steven Standley*
Steven Standley (Jun 5, 2020 09:58 CDT)
Name: Steven Standley
Title: President

**ASSIGNEE**

Shift Capital Income Fund, LP

By:_____

Name:_____

Title:_____

EXHIBIT 3

## ASSIGNMENT AGREEMENT

This Assignment Agreement ("Assignment") is entered into on this 5th day of June 2020 by and among Standley Plastics, Inc., a Missouri corporation ("SPI"); Steven Standley, an individual ("Standley" and together with SPI, the "Assignors"); and Shift Capital Income Fund, LP, a Texas limited partnership ("Assignee").

WHEREAS, Assignors and Bluebell International, LLC. ("Bluebell"), are parties to that certain "Revised Term Sheet" dated December 27, 2018;

WHEREAS, to Assignors' knowledge, Assignors have the right to a refund of the "$200,000.00 commitment/earnest/good faith/break-off deposit" (the "Deposit") under the Revised Term Sheet and that Bluebell is still in possession of the Deposit;

WHEREAS, Assignors attest to the fact that they have not received any of the Deposit;

WHEREAS, Assignors and Assignees are parties to the Forbearance and Standstill Agreement dated June 5, 2020 (the "Forbearance Agreement"), pursuant to which Assignors agreed to make this assignment of their rights to the Deposit effective in the event that Assignee is not paid in full in accordance with the Forbearance Agreement;

NOW THEREFORE, for value received and as required consideration for the Forbearance Agreement, Assignors hereby assign, and Assignee accepts the assignment of, Assignors' rights to receive, and interest in, the Deposit in the event that the Assignee is not paid in full in accordance with the Forbearance Agreement.

Assignee hereby accepts the foregoing assignment.

IN WITNESS WHEREOF, Assignors and Assignee have duly executed this Assignment and Assignment Agreement as of June 5, 2020.

ASSIGNORS

_____
Steven Standley, individually

Standley Plastics, Inc.

By:_____
Name: Steven Standley
Title:_____

ASSIGNEE

Shift Capital Income Fund, LP

By: /s/ _____
Name: PAUL W. HAARMAN
Title: MANAGER

Law Offices of
## COLLINS, WEBSTER AND ROUSE
A Professional Corporation
www.rousebankruptcy.com
5957 East 20th Street
Joplin, Missouri 64801
417-782-2222
Fax: 417-782-1003

Norman E. Rouse
--------------------

Mark E. Peron
--------------------

Richard M. Webster
(1922-1990)

Richard J. Collins
(1950-2017)

September 11, 2020

| Bluebell International, LLC | Bluebell International, LLC |
| Attn: Rick Lee | Attn: Rick Lee |
| 19800 MacArthur Blvd., Ste 300 | 18801 N. Thompson Peak Pkwy. Ste. 235 |
| Irvine, CA 92612 | Scottsdale, AZ 85255 |

**VIA USPS & EMAIL: info@bluebellfunding.com**

  Re: Steven Standley/Standley Plastic Inc.
     Refund of $200,000 Commitment/Deposit

**Dear Mr. Lee,**

  Our firm represents Shift Capital Income Fund, hereinafter referred to as "Shift," in litigation against Steven Standley and his business interests, including Standley Plastics Inc., hereinafter referred to as "SPI."

  On or about December 12, 2018, borrow, SPI., paid Bluebell International, LLC, hereinafter referred to as "Bluebell," a $200,000.00 "commitment/earnest/good faith/break-off deposit." Pursuant to § 8 of the attached Revised Term Sheet: "[i]f Bluebell International, LLC fails to provide the required amount of equity . . . Bluebell shall refund the entire $200,000.00 deposit . . ."

  Additionally, attached please find an Assignment Agreement between Shift and SPI wherein SPI assigns it's interest in the "commitment/earnest/good faith/break-off deposit" to Shift. To date the $181,000,000 in funding has not been provided or secured through Bluebell. Therefore, pursuant to the Assignment Agreement I am making a demand for the return of the entire $200,000.00 deposit pursuant to § 8 of the Revised Term Sheet. Please remit payment to our office via wire transfer. The transfer instructions are attached hereto.

  If you have any questions, please contact me at the number above.

           Thank you,

           *[signature]*

           Mark E. Peron
           Attorney at Law

EXHIBIT
4

**IN THE CIRCUIT COURT OF BARTON COUNTY, MISSOURI**
**CIRCUIT DIVISION**

| | |
|---|---|
| SHIFT CAPITAL INCOME FUND, LP, ) | |
|                 Plaintiff, ) | |
| ) | |
| vs. ) | Case No. _____ |
| ) | |
| BLUEBELL INTERNATIONAL, LLC, ) | |
| Serve: Registered Agent ) | |
|    Wyoming Registered Agent ) | |
|    1621 Central Ave. ) | |
|    Cheyenne, WY 82001 ) | |
|                 Defendant. ) | |

## MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER

COMES NOW the Plaintiff, Shift Capital Income Fund, LP, by and through its attorney of record, Mark E. Peron, and respectfully requests the appointment of The Laramie County Sheriffs' Office, 1910 Pioneer Ave., Cheyenne, WY 82001 to serve the Summons and Petition in this case upon Defendant, Bluebell International, LLC.

Respectfully submitted,

COLLINS, WEBSTER & ROUSE, P.C.

*/s/ Mark E. Peron*

By: Mark E. Peron, MO Bar #72072
5957 E. 20th St.
Joplin, Missouri 64801
Telephone: 417-782-2222
Facsimile: 417-782-1003
mperon@cwrcave.com
ATTORNEY FOR PLAINTIFF

1

IN THE CIRCUIT COURT OF BARTON COUNTY, MISSOURI
CIRCUIT DIVISION

| | |
|---|---|
| **SHIFT CAPITAL INCOME FUND, LP,** ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. _____ |
| ) | |
| **BLUEBELL INTERNATIONAL, LLC,** ) | |
| **Serve: Registered Agent** ) | |
| **Wyoming Registered Agent** ) | |
| **1621 Central Ave.** ) | |
| **Cheyenne, WY 82001** ) | |
| Defendant. ) | |

### ORDER FOR APPOINTMENT OF SPECIAL PROCESS SERVER

**IT IS HEREBY ORDERED** that The Laramie County Sheriffs' Office, 1910 Pioneer Ave., Cheyenne ,WY 82001 be appointed as special process server for the purpose of serving the Summons and Petition in this case upon Defendant, Bluebell International, LLC.

Dated this \_\_\_\_ day of _____, 2020.

MELINDA MABERRY, Circuit Clerk

By: _____
Deputy Clerk

# IN THE CIRCUIT COURT OF BARTON COUNTY, MISSOURI
# CIRCUIT DIVISION

| | |
|---|---|
| SHIFT CAPITAL INCOME FUND, LP, | ) |
|                     Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20B4-CV00320 |
| | ) |
| BLUEBELL INTERNATIONAL, LLC, | ) |
| Serve: Registered Agent | ) |
|      Wyoming Registered Agent | ) |
|      1621 Central Ave. | ) |
|      Cheyenne, WY 82001 | ) |
|                       Defendant. | ) |

FILED
11/2/2020
CIRCUIT COURT OF
BARTON COUNTY MISSOURI

## ORDER FOR APPOINTMENT OF SPECIAL PROCESS SERVER

**IT IS HEREBY ORDERED** that The Laramie County Sheriffs' Office, 1910 Pioneer Ave., Cheyenne ,WY 82001 be appointed as special process server for the purpose of serving the Summons and Petition in this case upon Defendant, Bluebell International, LLC.

Dated this 2ND day of NOVEMBER, 2020.

MELINDA MABERRY, Circuit Clerk

By: _Elizabeth A. Brown_
      Deputy Clerk



# IN THE 28TH JUDICIAL CIRCUIT, BARTON COUNTY, MISSOURI

| Judge or Division:<br>DAVID R. MUNTON | Case Number: 20B4-CV00320 | |
|---|---|---|
| Plaintiff/Petitioner:<br>SHIFT CAPITAL INCOME FUND, LP<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD PERON<br>5957 East 20th St<br>JOPLIN, MO 64801 | *FILED<br>11/2/2020<br>CIRCUIT COURT OF<br>BARTON COUNTY MISSOURI* |
| Defendant/Respondent:<br>BLUEBELL INTERNATIONAL, LLC | Court Address:<br>1004 GULF ROOM 204<br>LAMAR, MO 64759 | |
| Nature of Suit:<br>CC Breach of Contract | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** WYOMING REGISTERED AGENT
**Alias:**
1621 CENTRAL AVE
CHEYENNE, WY 82001

*COURT SEAL OF BARTON COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

11-02-2020 _____ Elizabeth A. Brown
Date / Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____ / _____
Printed Name of Sheriff or Server / Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
*(Seal)*
My commission expires: _____ _____
Date / Notary Public

**Sheriff's Fees, if applicable**
Summons $_____
Non Est $_____
Sheriff's Deputy Salary
Supplemental Surcharge $ 10.00
Mileage $_____ (_____ miles @ $._____ per mile)
**Total** $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 20-SMCC-278      1 of 1      Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 3:20-cv-05121-RK   Document 1-1   Filed 12/08/20   Page 18 of 20



# IN THE 28TH JUDICIAL CIRCUIT, BARTON COUNTY, MISSOURI

| Judge or Division:<br>DAVID R. MUNTON | Case Number: 20B4-CV00320 | |
|---|---|---|
| Plaintiff/Petitioner:<br>SHIFT CAPITAL INCOME FUND, LP<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD PERON<br>5957 East 20th St<br>JOPLIN, MO 64801 | FILED<br>11/2/2020<br>CIRCUIT COURT OF<br>BARTON COUNTY MISSOURI |
| Defendant/Respondent:<br>BLUEBELL INTERNATIONAL, LLC | Court Address:<br>1004 GULF ROOM 204<br>LAMAR, MO 64759 | RECEIVED<br>NOV 06 2020 |
| Nature of Suit:<br>CC Breach of Contract | | (Date File Stamp) |

## Summons in Civil Case  11:00 AM

**The State of Missouri to:** WYOMING REGISTERED AGENT
Alias:

1621 CENTRAL AVE
CHEYENNE, WY 82001

**COURT SEAL OF BARTON COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_11-02-2020_ ___Elizabeth A Brown___
Date                                    Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____  _____
Printed Name of Sheriff or Server        Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____  _____
                              Date                                    Notary Public

**Sheriff's Fees, if applicable**
Summons                              $_____
Non Est                              $_____
Sheriff's Deputy Salary
Supplemental Surcharge               $   10.00
Mileage                              $_____ ( _____ miles @ $._____ per mile)
Total                                $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) For Court Use Only: Document Id # 20-SMCC-278    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 3:20-cv-05121-RK   Document 1-1   Filed 12/08/20   Page 19 of 20

## Laramie County Sheriff's Department

### Certificate of Service

SHIFT CAPITAL INCOME FUND LP
vs.
BLUEBELL INTERNATIONAL LLC

Sheriff's #    20002984
Case #    20B4-CV00320

**Affidavit of Service**

SUMMONS AND PETITION WITH EXHIBITS

I, Deputy JEROME J. MEDINA, Badge # C52 of the Laramie County Sheriff's Department, certify and affirm that on 11/9/2020 at 8:50 AM at 1621 CENTRAL AVE Cheyenne, WY 82001, served within authenticated SUMMONS AND PETITION WITH EXHIBITS upon WYOMING REGISTERED AGENTS, the Servee named here in the following manner.

**Business**

By delivering to and leaving with Rose Garcia, the Office Manager for WYOMING REGISTERED AGENTS, AGENT FOR BLUEBELL INTERNATIONAL, LLC, personally, a true copy thereof, said person being known or identified to me as the person mentioned and described therein.

By _____
JEROME J. MEDINA #C52

Deputy Sheriff

The foregoing instrument was acknowledged before me by Jerome J. Medina this 9 day of November 2020.

Notary Public

SHAREN L. HARBAUGH - NOTARY PUBLIC
COUNTY OF LARAMIE — STATE OF WYOMING
MY COMMISSION EXPIRES 5/23/21