# EXHIBIT B

JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| Company Shift Capital Income Fund, Inc. ; | Company Bluebell International, LLC ; |
| 5 Incorporated and Principal Place of Business in Another State; Texas | 5 Incorporated and Principal Place of Business in Another State; Wyoming |
| **County of Residence:** Outside This District | **County of Residence:** Outside This District |

**County Where Claim For Relief Arose:** Barton County

| **Plaintiff's Attorney(s):** | **Defendant's Attorney(s):** |
|---|---|
| Attorney Mark E. Peron ( Shift Capital Income Fund, Inc.) | Attorney Nicole H. Howell ( Bluebell International, LLC) |
| Collins, Webster & Rouse, P.C. | Fox Rothschild, LLP |
| 5957 E. 20th Street | 4050 PENNSYLVANIA AVE., SUITE 2000 |
| Joplin, Missouri 64801 | KANSAS CITY, Missouri 64111 |
| **Phone:** (417) 782-2222 | **Phone:** (816) 919-7902 |
| **Fax:** (417) 782-1003 | **Fax:** (303) 292-1300 |
| **Email:** mperon@cwrcave.com | **Email:** nhowell@foxrothschild.com |

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** 5 Incorporated and Principal Place of Business in Another State

    **Defendant:** 5 Incorporated and Principal Place of Business in Another State

**Origin:** 2. Removed From State Court

    **State Removal County:** Barton County

    **State Removal Case Number:** 20B4-CV00320

**Nature of Suit:** 190 All Other Contract Actions

**Cause of Action:** Breach of Contract; 478.070; 506.500; 508.010

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):** 230,000

    **Jury Demand:** No

Case 3:20-cv-05121-RK    Document 1-2    Filed 12/08/20    Page 2 of 3

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Nicole H. Howell

**Date:** 12/08/2020

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.